HILMER V. SWENSON, Appellant, v. ERWIN WASEY & COMPANY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MAX LOEWINTHAN, Respondent, v. ARTHUR I. LEVINE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ALICE SCHNABEL, as Administratrix of the Estate of FREDERICK SCHNABEL, Deceased, Appellant, v. CENTRAL SURETY AND INSURANCE CORPORATION, Respondent.— Order, so far as appealed from, unanimously modified by also allowing items 1 and 2, and, as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEOPOLD LIPPE, Respondent, v. ABRAHAM KANDEL, Individually and Doing Business under the Name of PROGRESS LEATHER NOVELTIES Co., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of DEMOLA REALTY CORPORATION et al., Judgment-Creditors-Respondents, against MULTIPLE TRADING CORPORATION, Judgment-Debtor-Appellant, and REBECCA WATSKY, Appellant.— Order entered February 28, 1944, so far as appealed from unanimously affirmed, with ten dollars costs and disbursements. Order entered April 12, 1944, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Settle orders on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DOROTHY BRADLEY, Respondent, v. JOSEPH B. FERGUSON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

REMBRANDT CORPORATION, Respondent, v. MANHATTAN STORAGE AND WAREHOUSE COMPANY, Defendant, and EMILY H. RINGLING, Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars as modified to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOHN AND MABLE RINGLING MUSEUM OF ART, Respondent, v. LINCOLN WAREHOUSE CORPORATION, Defendant, and EMILY RINGLING, Defendant-Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars as modified to be served within ten days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANGELO BISESTO, Respondent, v. EXSILIA VIZZO, Individually and as Executrix of RAFFAELA BISESTO, Deceased, Defendant. MICHAEL R. VIZZO, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ANGELO BISESTO, Respondent, v. EXSILIA VIZZO, Individually and as Executrix of RAFFAELA BISESTO, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ABRAHAM ZIES, Respondent, v. EDITH M. ZIES, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.